# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JOHNNY BRETT GREGORY, Appellant, v. KATHRYN S. WHITLOCK, et al., Appellees. | Civil Action No. 4:22-cv-00118-MLB |

## RESPONSE IN OPPOSITION TO APPELLANT'S "EXPLANATION/CLARIFICATION" [Doc. 37]

COMES NOW Kathryn Whitlock and, without waving any objections or defenses, and without subjecting herself to the jurisdiction or venue of this Court, objects to Johnny Brett Gregory's "Plaintiff's Explanation/Clarification" [Doc. 37], showing the Court as follows:

The filing contains demonstrably false allegations repeatedly dismissed by this Court and many others. The filing is procedurally improper, there is no legal or factual basis for any relief requested, and Appellant is not entitled to any recovery from this Responding individual, her law firm (Wood Smith Henning & Berman, LLP, her associate (Stephen Rothring), her clients (Robert Harris Smalley, III; James

T. Fordham; Daniel T. Strain, Jr.; Stephen A. Williams; Curtis Kleem; Samuel L. Sanders; Nathan D. Lock; James H. Phillips; C. Lee Daniel, III; McCamy, Phillips, Tuggle & Fordham, LLP; Ronald R. Womack, Steven M. Rodham; and Womack, Rodham & Ray, P.C.), or her clients' clients (Carl Campbell, Dalton Whitfield County Joint Development Authority, C. Lee Daniel, III, and Melica Kendrick).

This appeal was dismissed as frivolous. [Doc. 14]. Appellant's filing and related Motions/filings are similarly without merit and unsupported by law. It is respectfully requested that the Court deny Appellant's various Motions as frivolous.

Respectfully submitted, this 26th day of September, 2022.

**WOOD SMITH HENNING & BERMAN LLP**

1230 Peachtree Street, N.E.
Suite 925
Atlanta, Georgia 30309
T: 470-552-1150
F: 470-552-1151
kwhitlock@wshblaw.com

 */s/Kathryn S. Whitlock*
Kathryn S. Whitlock
Georgia Bar No. 756233

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

Pursuant to LR 5.1 and 7.1(D), the undersigned hereby certifies that this document was prepared with one of the font and point selections approved by the Court in LR 5.1.

This 26th day of September, 2022.

**WOOD SMITH HENNING & BERMAN LLP**

1230 Peachtree Street, N.E.  
Suite 925  
Atlanta, Georgia 30309  
T: 470-552-1150  
F: 470-552-1151  
kwhitlock@wshblaw.com

 */s/Kathryn S. Whitlock*  
Kathryn S. Whitlock  
Georgia Bar No. 756233

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JOHNNY BRETT GREGORY,<br><br> Appellant,<br><br>v.<br><br>KATHRYN S. WHITLOCK, et al.,<br><br> Appellees. | Civil Action No. 4:22-cv-00118-MLB |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record have been served with a copy of the within and foregoing *Response in Opposition to Appellant's "Explanation/Clarification"* as follows:

Patrick Arndt – parndt@nallmiller.com
Robert Goldstucker – bgoldstucker@nallmiller.com

The undersigned further certifies that Johnny Brett Gregory has been served with a copy of the within and foregoing *"Response in Opposition to Appellant's Explanation/Clarification"* by transmitting a copy of same by electronic mail, U. S. first class mail, and certified mail, return receipt requested at the following:

Johnny Brett Gregory
172 Webb Drive, N.E.
Calhoun, Georgia 30701
jgregorycopper@gmail.com

This 26th day of September, 2022.

                                          **WOOD SMITH HENNING & BERMAN LLP**

| | |
|---|---|
| 1230 Peachtree Street, N.E. | /s/*Kathryn S. Whitlock* |
| Suite 925 | Kathryn S. Whitlock |
| Atlanta, Georgia 30309 | Georgia Bar No. 756233 |
| T: 470-552-1150 | |
| F: 470-552-1151 | |
| kwhitlock@wshblaw.com | |