IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

*Johnny Brett Gregory,*

      *Appellant.*

CASE 4:22-cv-118-MLB

## NOTICE OF LACK OF JOINDER TO MOTION TO COMPEL

On October 27, 2022, Johnny Brett Gregory filed a *Motion to Compel* in this closed case. [**Dkt. 46**] In it, he states that he moves jointly with the appellees to compel a Court ruling on certain previous motions. William D. NeSmith is incorrectly listed as an Appellee on the docket of this matter, as are undersigned counsel and their law firm.

For purposes of clarity, undersigned counsel, their law firm, and NeSmith state that they have not joined or consented to the *Motion to Compel* or any other motion filed by Mr. Gregory.

November 1, 2022.

                                                        **NALL & MILLER, LLP**

                                                      By:   /s/ Patrick N. Arndt
                                                                **ROBERT L. GOLDSTUCKER**
                                                                Georgia State Bar No.: 300475

**PATRICK N. ARNDT**
Georgia State Bar No.: 139033

**ATTORNEYS FOR NESMITH**

235 Peachtree Street, N.E.
North Tower, Suite 1500
Atlanta, GA 30303-1418
Phone: 404/522-2200
Fax: 404/522-2208
bgoldstucker@nallmiller.com
parndt@nallmiller.com

966533v.1

## **CERTIFICATE OF COMPLIANCE**

This document complies with the typeface, word count, and formatting requirements of the applicable local rules.

November 1, 2022.

                                       **NALL & MILLER, LLP**

                                            **/s/ Patrick N. Arndt**
                                            **PATRICK N. ARNDT**
                                            Georgia Bar No. 139033

                                       **ATTORNEY FOR NESMITH**

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **RESPONSE TO MOTION TO COPMPEL** in connection with the above matter by depositing a true copy of same in the U. S. Mail, proper postage prepaid, addressed to counsel of record.

November 1, 2022.

                                                /s/ Patrick N. Arndt
                                              **PATRICK N. ARNDT**
                                                Georgia Bar No. 139033

                                              **ATTORNEY FOR NESMITH**

*Parties served:*

Johnny Brett Gregory
172 Webb Dr., NE
Calhoun, GA   30701

Kathryn S. Whitlock
Hawkins Parnell & Young, LLP
303 Peachtree St., NE
Suite 4000
Atlanta, GA   30308

Stephen William Rothring
Hawkins Parnell & Young, LLP
303 Peachtree St., NE
Suite 4000
Atlanta, GA   30308